FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP 01 2026

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>GABRIEL COVARRUBIAS | Criminal Information<br>No. 1:26-cr-384 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
**18 U.S.C. § 1542**
**(False Statement in U.S. Passport Application)**

On or about March 14, 2023, in the Northern District of Georgia, the defendant, GABRIEL COVARRUBIAS, willfully and knowingly made a false statement in an application for a passport, Form DS-11, with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that his name was M.A.E.S., born in Bayamon, Puerto Rico, with a date of birth on xx/xx/1982, and a Social Security number of xxx-xx-4408, when, as he then well knew, these statements were false, all in violation of Title 18, United States Code, Section 1542.

**Count Two**
**18 U.S.C. § 611**
**(Alien Voting in Federal Election)**

On or about November 5, 2024, in the Northern District of Georgia, the defendant, GABRIEL COVARRUBIAS, an alien, knowing that he was not a citizen of the United States, knowingly voted in a federal election, in violation of Title 18, United States Code, Section 611.

**Forfeiture**

Upon conviction of the offense alleged in Count One of this Information, the defendant, GABRIEL COVARRBUBIAS, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6)(A):

(i) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offenses; and,

(ii) any property, real or personal, constituting, derived from, or traceable to, proceeds obtained, directly or indirectly, from the commission of the offenses, or any property, real or personal, used or intended to be used to facilitate the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One and Three.

THEODORE S. HERTZBERG
*United States Attorney*

BRIAN M. PEARCE
*Assistant United States Attorney*
Georgia Bar No. 568768

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181