FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP 01 2026

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| *v.* | Criminal Action No. |
| GABRIEL COVARRUBIAS | 1:26-cr-384 |

I, Gabriel Covarrubias, the above-named defendant, who is accused of making a false statement in a United States passport application and voting as a non-citizen in a federal election, in violation of 18 United States Code 1542 and 611 respectively, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on September 1, 2026, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. I further hereby waive an interview with, and preparation of a report or pretrial investigation by, the United States Probation Office of Pretrial Services.

Gabriel Covarrubias
Gabriel Covarrubias
Defendant

Ross Brockway
Counsel for Defendant

Before ______________________
Judicial Officer